## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| ROBERT RYBAK, | ) | |
| | ) | |
| Plaintiff, | ) | 3:10-cv-00340-wmc |
| | ) | |
| v. | ) | Judge Conley |
| | ) | |
| CAB ASSET MANAGEMENT, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

### ENTRY OF DEFAULT

Plaintiff, ROBERT RYBAK, has requested that the Clerk of this Court enter a default against Defendant, CAB ASSET MANAGEMENT, LLC., pursuant to Federal Rule of Civil Procedure 55(a). It appearing from the record that Defendant has failed to appear, plead or otherwise defend, the default of Defendant, CAB ASSET MANAGEMENT, LLC., is hereby entered pursuant to Federal Rule of Civil Procedure 55(a).

Dated this *17th* day of *August*, 2010.

_____
Peter Oppeneer, Clerk of Court