IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ROBERT RYBAK,

                Plaintiff,

v.

CAB ASSET MANAGEMENT, LLC,

                Defendant.

ORDER OF DISMISSAL
PURSUANT TO
SETTLEMENT

10-cv-340-wmc

---

Pursuant to settlement, this case is dismissed *without* prejudice, without costs to either party. Plaintiff may seek reinstatement within forty-five (45) days from the date of entry of this order. If this case has not been reinstated or a motion for reinstatement has not been filed within forty-five (45) days from the date of entry of this order, then the dismissal of this case shall automatically convert from a dismissal without prejudice to a dismissal *with* prejudice.

The Hearing on Plaintiff's Motion for Default Judgment on September 8, 2010 is stricken.

Entered this 3rd day of September, 2010.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge